BENJAMIN R. LEVINSON-SBN 116675
LAW OFFICE OF BENJAMIN R. LEVINSON
A Professional Corporation
46 N. Second Street, Suite A
Campbell, California 95008
Telephone: (408) 866-2999
Facsimile: (408) 866-2992

Attorney for Secured Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| In re<br><br>JEROME RHODES,<br><br>           Debtor,<br>_____/ | Case No. 06-40632<br>Chapter 13<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

        To the Court, the clerk of the above-entitled Court, to the Debtors, the Chapter 13 Trustee, and the United States Trustee;

The undersigned files this Notice of Appearance as attorney for Secured Creditor PLM LENDER SERVICES, INC., in accordance with Bankruptcy Rule 9010(b) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, including all notices required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the attorney for Secured Creditor at the address listed below:

        LAW OFFICE OF BENJAMIN R. LEVINSON
        46 N. Second Street, Suite A
        Campbell, CA 95008

and to the loan servicing agent for the Secured Creditor at:

```
1    PLM Lender Services
     46 N. Second Street
2    Campbell, CA  95008
3
         I declare under penalty of perjury under the laws of the State of California that the foregoing is
4
     true and correct and this was executed on May 9, 2006, at Campbell, California.
5
6
                                             /S/     BENJAMIN R. LEVINSON
7
                                             BENJAMIN R. LEVINSON
8
```